# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 526 MAL 2014
:
             Respondent :
              : Petition for Allowance of Appeal from the
              : Order of the Superior Court
             v. :
:
:
:
WILLIAM ANTHONY REEVES, :
:
             Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 13th day of January, 2015, the Petition for Allowance of Appeal is **DENIED**.